UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNDELLE DIAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDRE MATEVOUSION, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-06500-YGR (PR)<br><br>**ORDER GRANTING MOTION TO VACATE ORDER OF DISMISSAL; DIRECTING CLERK TO REOPEN CASE; AND TRANSFERRING ACTION TO EASTERN DISTRICT OF CALIFORNIA** |

　　　This case was opened as a civil rights action on November 8, 2017, when Plaintiff Shaundelle Dial, who is in custody at the United States Penitentiary in Atwater ("USP-Atwater"), filed a letter addressed to the Clerk of the Court requesting a "pre-indictment lawyer." Dkt. 1. That day, the Clerk notified Plaintiff that he had not filed a complaint, paid the filing fee, or filed an application to proceed *in forma pauperis* ("IFP"). The Clerk also mailed to Plaintiff the Court's complaint and IFP forms and told him that he must complete these documents within twenty-eight days, or by December 6, 2017, or his action would be dismissed.

　　　On January 23, 2018, because Plaintiff failed to file a complaint, pay the requisite filing fee, or submit his IFP application within the allotted time, the Court dismissed this action without prejudice and issued a judgment. Dkts. 7, 8.

　　　After the case was closed, Plaintiff filed a complaint under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), alleging various deprivations of his civil rights. Dkt. 9. He also filed an application for *in forma pauperis status*. Dkt. 10.

　　　On April 18, 2018, Plaintiff filed a letter with the Court indicating that wished to pursue the claims in his "new complaint." Dkt. 13. The Court construes Plaintiff's letter as a motion to

vacate the Court's January 23, 2018 Order of Dismissal Without Prejudice. The record shows that his completed complaint and IFP application were filed with the Court on January 24, 2018, a day after the case was dismissed without prejudice,[1] but Plaintiff timely signed the documents on November 20 and 18, 2017, respectively. *See* Dkt. 9 at 21; Dkt. 10 at 4. Good cause shown, Plaintiff's aforementioned motion is GRANTED. Dkt. 13. The Clerk is instructed to vacate the Court's January 23, 2018 Order (Dkt. 7) and to reopen this case.

In reviewing Plaintiff's complaint, the Court notes that the acts complained of occurred primarily in USP-Atwater in Merced County, which lies within the venue of the United States District Court for the Eastern District of California. Defendants also reside in the Eastern District of California. Venue, therefore, properly lies in that district. 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: May 10, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] The Court notes that when Plaintiff had filed his complaint and IFP application, the deadline to do so had long past. Thus, his filings (which were due on December 6, 2017) were almost a month and a half late. The Clerk thus sent Plaintiff a letter directing him to file a request to reopen this matter. *See* ECF Feb 15, 2018 Entry. The Court notes that Plaintiff initially stated that he "did not wish to reopen this case." Dkt. 13 at 1. However, he contradicted that statement by indicating that he "would like this Court to speed up the filing proceedings on [his] new complaint." *Id.* Apparently, Plaintiff had mistakenly thought his complaint had been filed in a new action. Instead, his complaint was filed in the instant closed action. Because it is clear that Plaintiff intends to pursue his complaint, the Court has construed his filing as a motion to vacate the January 23, 2018 Order of Dismissal and to reopen this matter, as indicated above.