UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNDELLE DIAL,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDRE MATEVOUSION, et al.,<br><br>  Defendants. | No. 1:18-cv-00679-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE<br><br>(Doc. No. 25) |

Plaintiff Shaundelle Dial is a federal prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 3, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's case be dismissed due to plaintiff's failures to prosecute and comply with court orders. (Doc. No. 25.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) On July 16, 2019, the assigned magistrate judge granted plaintiff's first motion for extension of time and provided him an additional fourteen days to file objections. (Doc. No. 27.) On August 21, 2019, the assigned magistrate judge granted plaintiff's second motion for extension of time and approved an additional fourteen days to file objections. (Doc.

No. 29.)  No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 3, 2019 (Doc. No. 25) are adopted in full;
2. Plaintiff's action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 13, 2020**

UNITED STATES DISTRICT JUDGE